# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

---

> Application granted.
>
> The status conference in this case, currently scheduled for December 1, 2022, is adjourned to February 8, 2023 at 10:00 a.m. in Courtroom 520.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 30, 2022

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Sean Jones**
      **22 Cr. 242 (PMH)**

Dear Honorable Halpern:

I am writing to respectfully request an adjournment of the status conference scheduled for tomorrow, December 1, at 11:00am, in the above referenced case. I am requesting this adjournment because I am recovering from a cold, and because I am in the process of preparing a mitigation submission to the government. The mitigation submission has taken some time because Mr. Jones has been evaluated by two psychologists, one who specializes in autism and another who specializes in risk assessments. Under these circumstances, I ask that Mr. Jones's case be adjourned for roughly sixty days. As part of this request, I consent to the exclusion of time so that we can continue discussing a resolution in this matter without the need for a trial.

I have communicated with A.U.S.A. Josiah Pertz and he does not object to this request.

Thank you for your consideration of this request.

Sincerely,

/s/

Benjamin Gold
Assistant Federal Defender

cc:   A.U.S.A Josiah Pertz