UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :        **RECHEDULING ORDER**
                                    :
**Sean Jones**                      :
                Defendants.         :        22 CR 242 (PMH)
                                    :
-----------------------------------------------------------x

Status conference in this matter has been moved to March 22, 2023 at 2:15 pm in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. The questionnaire is located on the Court's Website Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: March 1, 2023

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J