UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :   **SCHEDULING ORDER**
                                  :
SEAN JONES,                       :
                                  :   7-22-cr-00242-PMH
            Defendant.            :
------------------------------------------------------------x

The Status Conference scheduled for December 13, 2023 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse is converted to a Change of Plea Hearing.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       November 30, 2023

_____
Philip M. Halpern
United States District Judge