UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :       **RE-SCHEDULING ORDER**
                                   :
SEAN JONES,                        :
                                   :       7-22-cr-00242-PMH
          Defendant.               :
-----------------------------------------------------------x

The Change of Plea Hearing scheduled for December 13, 2023 at 11:00 a.m. is advanced to 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       December 5, 2023

_____
Philip M. Halpern
United States District Judge