UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **RE-SCHEDULING ORDER**
                                    :
SEAN JONES,                         :     7-22-cr-00242-PMH
                                    :
            Defendant.              :
-----------------------------------------------------------x

The Sentencing hearing scheduled for June 25, 2024 is re-scheduled to October 15, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

The Court will advance the sentencing date if an earlier date becomes available so Defendant's sentencing submission is due by July 19, 2024 and the Government's response is due by July 26, 2024.

**SO ORDERED:**

Dated: White Plains, New York
       April 22, 2024

                                    _____
                                    Philip M. Halpern
                                    United States District Judge