UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

SEAN JONES,

              Defendant.
------------------------------------------------------------x

**<u>RE-SCHEDULING ORDER</u>**

7-22-cr-00242-PMH

The Sentencing hearing scheduled for October 15, 2024 is advanced to 11:30 a.m. on the same date in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       June 6, 2024

_____
Philip M. Halpern
United States District Judge