

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

            - against -

Sean Jones,

            Defendant

-----------------------------------------------------------X

0208 7:S1 22 CR 242-01 (PMH)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $5,000, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: White Plains, New York
September 3, 2024

_____
Honorable Philip M. Halpern
U.S. District Judge



**Empire State Forensics**
Evaluation, Treatment, and Consultation Services

# Superbill

**Empire State Forensics LCSW, P.C.**

Date : 26 August 2024
Invoice No. : 7275
For Questions Call : 9143412039

Sean Jones

Empire State Forensics LCSW, P.C.
280 North Central Avenue
Suite 40
Hartsdale NY 10530

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 08/26/2024 | Psychosexual Evaluation and Report | 11 | 1 | $5,000.00 |
| | | | Total Charges: | $5,000.00 |

Diagnostic Code(s):

Total Paid: -
Invoice Amount Due: $5,000.00
**Balance Due:** **$5,000.00**

**Billing Provider:** Name: Empire State Forensics LCSW, P.C.
NPI #: 1689147423
Tax Id: 82-2916796

**Client:** Name: Sean Jones

**Rendering Provider:** Clinician Sara Liebert, PsyD

Footnote: